UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD D. WEBSTER, JR. | CIVIL ACTION: 16-00575 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF FERRIDAY, et al | MAG. JUDGE PEREZ-MONTES |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Doc. #21]. Upon *de novo* review of the record, including the objections filed herein [Doc. #22];

IT IS ORDERED that Defendants' motion to dismiss [Doc. #6] is GRANTED as to the Ferriday Police Department, and Plaintiff's action against the Ferriday Police Department is DENIED AND DISMISSED WITH PREJUDICE, for the reasons stated in the Report and Recommendation.

IT IS ORDERED that Defendants' motion to dismiss [Doc. #6] is DENIED, with the right to re-urge, as to the Town of Ferriday and its Board of Aldermen, and the official capacity claims against Mayor Allen, Chief Freeman, Officer Goad, and Officer Hawkins. Said denial is based on Plaintiff's alternative request for leave to amend [Doc. #9]. Accordingly;

IT IS FURTHER ORDERED that Plaintiff is hereby GRANTED leave to amend his complaint, in order to transcend bare, conclusory allegations and state a plausible municipal liability claim for failure to train police officers. Plaintiff may amend and/or supplement his complaint **no later than December 14, 2016**, subject to the Defendants' right to re-urge dismissal of the amended and/or supplemental complaint **no later than January 6, 2017**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 30 day of November, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT COURT